

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In re Ruby Britt

No. 06-16-00074-CV

Original Mandamus Proceeding

Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted. For the reasons described hereinabove, we conditionally grant the writ of mandamus and direct the 62nd Judicial District Court to vacate its order granting a new trial and to reinstate the default judgment. The writ will issue only if the trial court fails to comply.

RENDERED NOVEMBER 29, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk